Per curiam.-
 

 The rule is, that a confession shall be taken altogether ; but if there are circumstances mentioned in the confession, which when examined into, disprove the matter alledg-ed in discharge, or where that matter can be disproved, the jury are to reject it, and go upon the other part of the confession only ; as where he says the account is just, but I paid it before such persons, and they know nothing of the payment; or at such a time and place, and it be proved that at that time he was not at that place, but at another far distant; or if he says the account is just, but I will prove it paid, if I have time, and he is allowed that time, and called upon to make that proof, and does not: In such and the like cases the matter in discharge will be rejected.
 

 There was a verdict and judgment for the plaintiff.